Edward J. Mierzwa · Plaintiff, Pro Se
11 Brook Street · Hackensack, NJ 07601-1509
Tel: (201) 342-4840

UNITED STATES DISTRICT COURT · DISTRICT OF NJ

| | |
|---|---|
| Edward J. Mierzwa,<br><br>    Plaintiff,<br><br>              vs.<br><br>State of New Jersey,<br>City of Hackensack,<br><br>    Defendant(s), | Civil Action No.<br><br>**Notice of**<br><br>Ex. Parte Application by Plaintiff Seeking Relief Caused by the Intentional Acts of Official Misconduct Committed by Defendant's Superior Court of New Jersey and the City of Hackensack, New Jersey Police Department |

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
2025 MAY 16 P 4: 02

To: Hon. Presiding Judge of the United States District Court

*Concise Statement of the Matter*

I, Edward J. Mierzwa, am the Plaintiff in the above captioned matter, do hereby apply to the United States District Court for The District of New Jersey with this exigent Ex. Parte Application Seeking Relief Caused by the Intentional Acts of Official Misconduct Committed by Defendant's Superior Court of New Jersey and the City of Hackensack, New Jersey and its Police Department. Plaintiff has exhausted all of State of NJ resources to resolve the imbroglio caused by the Defendant's Superior Court of New Jersey and the City of Hackensack, New Jersey Police Department. This intentional criminality by its public officials did deprive the Plaintiff of constitutional and legal rights, as defined by U.S.C. 18 § 242.

*Communications Between Plaintiff and Defendant(s)*

On 13 May 2025, during regular business hours, Plaintiff contacted via telephonic means the Office of the New Jersey Attorney General regarding this matter, *see* Declaration ¶3.

Respondent indicated that upon review of the papers submitted to the Court, Ex. Parte Application by Plaintiff Seeking Relief Caused by the Intentional Acts of Official Misconduct Committed by Defendant's Superior Court of New Jersey and the City of Hackensack, New Jersey and its Police Department, the decision will be made regarding opposition.

On 13 May 2025, during regular business hours, Plaintiff contacted via telephonic means the law firm of Cleary Giacobbe Alfieri Jacobs, LLC in their capacity of Attorney for the City of Hackensack, New Jersey regarding this matter, *see* Declaration ¶3.

Respondent indicated that upon review of the papers submitted to the Court, Ex. Parte Application by Plaintiff Seeking Relief Caused by the Intentional Acts of Official Misconduct Committed by Defendant's Superior Court of New Jersey and the City of Hackensack, New Jersey and its Police Department, the decision will be made regarding opposition.

This ex. parte application is based upon a Memorandum of Points and Authorities, Declaration in Support, the Appendix consisting of up-to-date files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

Dated: 16 May 2025

By: *[signature]*

Edward J. Mierzwa, Plaintiff