Edward J. Mierzwa · Plaintiff, Pro Se
11 Brook Street · Hackensack, NJ 07601-1509
Tel: (201) 342-4840

UNITED STATES DISTRICT COURT · DISTRICT OF NJ

| | |
|---|---|
| Edward J. Mierzwa,<br><br>   Plaintiff,<br><br>              vs.<br><br>State of New Jersey,<br>City of Hackensack,<br><br>   Defendant(s), | Civil Action No.<br><br>**Declaration in Support of**<br><br>Ex. Parte Application by Plaintiff Seeking Relief Caused by the Intentional Acts of Official Misconduct Committed by Defendant's Superior Court of New Jersey and the City of Hackensack, New Jersey Police Department |



CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
2025 MAY 16 P 4: 02

I, Edward J. Mierzwa, declare as follows:

1. I, Edward J. Mierzwa, am the Plaintiff in the above captioned matter.

2. I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

3. I contacted the opposing counsel/unrepresented party on 13 May 2025 to give notice that I would be filing this ex. parte application.

4. The contact information of the opposing counsel/unrepresented party is as follows:

    State of New Jersey
    Office of the Attorney General
    25 Market Street
    Trenton, New Jersey 08625

    Cleary Giacobbe Alfieri Jacobs, LLC
    169 Ramapo Valley Road
    Oakland, New Jersey 07436
    *Representing the City of Hackensack, NJ*

5. Communications Between Plaintiff and Defendant(s):

(a) On 13 May 2025, during regular business hours, Plaintiff contacted via telephonic means the Office of the New Jersey Attorney General regarding this matter.

Respondent indicated that upon review of the papers submitted to the Court, Ex. Parte Application by Plaintiff Seeking Relief Caused by the Intentional Acts of Official Misconduct Committed by Defendant's Superior Court of New Jersey and the City of Hackensack, New Jersey and its Police Department, the decision will be made regarding opposition.

(b) On 13 May 2025, during regular business hours, Plaintiff contacted via telephonic means the law firm of Cleary Giacobbe Alfieri Jacobs, LLC in their capacity of Attorney for the City of Hackensack, New Jersey regarding this matter.

Respondent indicated that upon review of the papers submitted to the Court, Ex. Parte Application by Plaintiff Seeking Relief Caused by the Intentional Acts of Official Misconduct Committed by Defendant's Superior Court of New Jersey and the City of Hackensack, New Jersey and its Police Department, the decision will be made regarding opposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 16 May 2025, in Hackensack, New Jersey.

By: *[signature]*

Edward J. Mierzwa
Plaintiff, Pro Se