Edward J. Mierzwa · Plaintiff, Pro Se
11 Brook Street · Hackensack, NJ 07601-1509
Tel: (201) 342-4840

UNITED  STATES  DISTRICT  COURT  ·  DISTRICT  OF  NJ

---

| | |
|---|---|
| Edward J. Mierzwa, | Civil Action No. |
| Plaintiff, | |
| *vs.* | **Appendix** |
| State of New Jersey, City of Hackensack, | Ex. Parte Application by Plaintiff Seeking Relief Caused by the Intentional Acts of Official Misconduct Committed by Defendant's Superior Court of New Jersey and the City of Hackensack, New Jersey Police Department |
| Defendant(s), | |

---

2025 MAY 16  P 4: 02

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

**TOC**                                                                   **PAGE**

Federal Trade Commission Report, dated 05 May 2025                          1a
HPD Identity Theft Report, dated 06 May 2025 [not filed]                    2a
Hackensack NJ Tort Claim Notice, dated 08 May 2025 [submitted]            10a
US DOJ Civil Rights Complaint Form, dated 08 May 2025                     25a
NJ Courts Filing Confirmation [Fri morning], dated 09 May 2025            28a

Verified Complaint, dated 12 May 2025                                     29a
Order to Show Cause                                                       32a
Case Info Statement                                                       37a
Proof of Service                                                          41a
Staffer Note at the Chancery/General Equity Call Window [Fri afternoon]   42a

Filing Deficiency Notice [Fri afternoon], dated 09 May 2009               43a
JEDS Filing Update [Fri afternoon], dated 09 May 2009                     44a
JEDS Filing Update [Fri evening], dated 09 May 2009                       45a
JEDS Filing Choices, dated 09 May 2009                                    46a
Letter from Chase re Disputed Filing Fees, dated 13 May 2009              47a

JEDS Filing Update[1] [Tues afternoon], dated 13 May 2009                 48a
Case Summary Update[1] [Tues afternoon], dated 13 May 2009                49a
JEDS Filing Update[2] [late Tues afternoon], dated 13 May 2009            50a
JEDS Filing Update[1] [Wed morning], dated 14 May 2009                    51a
JEDS Filing Update[2] [Wed early afternoon], dated 14 May 2009            52a

Order to Show Cause                                                       53a
Order for Judgment                                                        62a
Letter from Hackensack City Clerk, dated 09 May 2025                      64a

[1] document entry altered with backdating by Superior Court of NJ Staffers for the purpose of falsifying the Docket Sheet with "window dressing"

[2] JEDS software override of Note[1] removed to reflect true status of the Docket Sheet

FEDERAL TRADE COMMISSION
**Identity Theft Report**

FTC Report Number:

I am a victim of identity theft. This is my official statement about the crime.

**Contact information**

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Edward | J | Mierzwa |
| Address: | Phone: | Email: |
| 11 Brook Street<br>Hackensack , NJ 07601<br>USA | | |

**Personal Statement**

an impasse regarding insurance benefits necessitated contacting Member Services of Braven Health. the number listed for appeals was contacted a voucher for $100 was offered without any reference to the intended purpose of the call seeking clarification regarding the denial of benefits. foolishly, I divulged personal credit card information realized my mistake. the card was canceled with a replacement card enroute.

**Accounts Affected by the Crime**

| Other Identity Theft | |
|---|---|
| Company or Organization: | Braven Health |
| Account Number | |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 5/2025 | $ 0 |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

| | |
|---|---|
| **Edward J Mierzwa** | **5/6/2025** |
| Edward J Mierzwa | Date |

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.



## Hackensack Police Department
Fraud/Identity Theft Reporting Form

| FOR OFFICIAL USE ONLY | |
|---|---|
| Case # | ~ |
| Received by: | |
| Personnel #: | |
| ID Attached: | |

**Your case WILL NOT be investigated unless/until you provide supporting documentation as explained on the instruction sheet under item #4.**

---

**Fields in BLUE are required**

**Your Name:**   Edward J. Mierzwa
11 Brook Street
Hackensack, New Jersey 07601-1509       *First*                    *Middle*
TEL
CELL

**Alias/Maiden Names:**   e-mail

**Driver's License or ID#:**   ,                          _ **State:** ₦Ũ

**Date of Birth:**                                         **SSN:**   ,

**Physical Address:**   _____
                              *Street*           *City*          *State*      *Zip*

**Mailing Address:**   _____
☑ Check if same as physical     *Street*           *City*          *State*      *Zip*

**Primary Phone:** _____   **Alternate Phone:** _____

**E-Mail (if available):** _____

1.   Total amount of financial loss:   $  0.00

2.   Have you been reimbursed for the amount listed in #1?   ☐ Yes   ☑ No   ☐ Partially  $ _____

3.   How did you become aware of the crime?

   ☐   Found fraudulent charges on my credit card bill. Which one? *Name of card, account number & card number.*
   _____

   ☐   Found fraudulent charges on my cellular phone bill. Which one?
        *Your cellular phone number & service provider (i.e. : Verizon).*
   _____

   ☐   Received bills for an account(s) I did not open. Which one? *Name of account & account number(s)*
   _____

   ☐   Found irregularities on my credit report. *If checked, attach credit report.*

   ☐   Was contacted by a creditor demanding payment for something I did not buy. Which one?
        *Name of creditor, phone number for creditor & name of person with whom you spoke.*
   _____

   ☐   Was contacted by a bank's fraud department about charges. Which one?
        *Name of Bank, account number, name of person you spoke to & that person's phone number.*
   _____

   ☑ Other:  *obtained via incorrect Braven phone # listed*

**4.** What date did you first become aware of the crime? ___5/5/25___ *(MM/DD/YYYY)*

**5.** When did the fraudulent activity begin? ___5/5/25___ *(MM/DD/YYYY)*

**6a.** Was the fraudulent activity made using your name?  ☐ Yes    ☐ No    ☑ Unknown

**6b.** If you answered no to 6a, please list the full name, address, and other identifying information that the fraudulent activity was under?  ☐ Personal   ☑ Business

Business name: ___Braven Health___

Name: _____
            Last          First          Middle

Address: ___3 Penn Plz___  ___Newark___  ___NJ___  ___07105___
            Street          City          State      Zip

**6c.** To the best of your knowledge at this point, what identity crimes have been committed? *Check all that apply.*

☐ Opening new credit card accounts in my name.       ☐ Passport/visa fraud.

☐ Unauthorized withdrawals from my bank accounts.    ☐ Opening new bank accounts in my name.

☐ Taking out unauthorized loans in my name.          ☐ Obtaining government benefits in my name.

☐ Check fraud.                                       ☐ Obtaining employment in my name.

☐ Opening utility and/or telephone accounts in my name.

☐ Unauthorized access to my securities or investment accounts.

☐ Making purchase(s) using my credit cards or credit card numbers without authorization.

☐ Evading prosecution for crimes committed by using my name or committing new crimes under my name.

☑ Other: ___Wrongly obtaining credit card info___

**7a.** Suspect Information   ☑ Check if suspect information is unknown
Do you have any information on a suspect in this identity/fraud crime case?  If yes, provide as much information as possible about the suspect, including the suspect's full name, phone number, and address.

Suspect's Name: _____
                    Last          First          Middle

Date of birth: _____     Phone: _____

Address: _____
            Street     City     State     Zip

**7b.** Please list your relationship with the suspect and why you feel he/she committed the fraud you are reporting?

___Braven furnished an incorrect phone # that connected me with a fraudster___

2

3a

8.  Please list any government documents fraudulently obtained in your name (driver's license, SSN etc.)

_unknown_

9.  Have you contacted the following organizations and requested a "Fraud Alert" be put on your account?

☐  Your bank/credit union(s):  _not yet. action plan for 5/7/25 for contacting_

| | Branch location | Phone Number | Contact Person | Account Number |
|---|---|---|---|---|
| ☐ | Equifax 1.888.766.0008 | What date? | | |
| ☐ | TransUnion 1.800.680.7289 | What date? | | |
| ☐ | Experian 1.888.397.3742 | What date? | | |
| ☐ | Social Security Administration | | | |
| ☐ | Other: | | | |

10.  Have you been the victim of any other crime that could be related? (i.e. theft or loss of wallet)
     *If yes, list location, police department report taken by, and case number.*

_no_

11.  List ALL fraudulent activity that you are aware of to-date.  Include locations and addresses of where
     fraudulent applications or purchases were made.  Please be concise and explain ALL the facts, *as if you are
     speaking to an officer.*  You may attached a separate (8 ½ x 11) sheet of paper if you need more space.

_unknown_

12.  Provide the following information for each account that you are reporting had fraudulent/theft activity.

| Creditor Name (Kohl's, Chase etc.) | Card Type (Visa/Master Card etc.) | Card/Account Number |
|---|---|---|
| Chase | Visa | |
| | | locked, then cancelled |
| | | |

3

4a

**By filing this complaint, I understand that:**

☑ A person commits the crime of making a false report if he/she willfully makes any untrue, misleading, or exaggerated statement in any report to a police or fire department.

☑ Making a false report is an offense in violation of N.J.S. 2C:28-4b.

I certify under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

X _____        5/6/2035
          *Your signature*                              *Date Signed*

---

Return this completed form and any supporting documentation,
**in person**, to the Hackensack Police Department.
**You will be required to provide a valid picture ID.**
*Anytime*
225 State Street Hackensack, NJ 07601 - 201-646-7777

*Please note, due to the nature of the crime being reported, faxed/emailed forms will not be accepted.*

---

**INTERNET CRIMES:** *Please report internet crimes to the Internet Crime Complaint Center at www.ic3.gov. This is a partnership between the Federal Bureau of Investigation (FBI), the National White Collar Crime Center (NW3C), and the Bureau of Justice Assistance (BJA).*

**SOCIAL SECURITY CRIMES:** *Please also report crimes involving your social security number/card to the Federal Trade Commission (FTC) at 1-877-ID-THEFT or 1-877-438-4338*

5a


**Braven** HEALTH

## Notice of Nondiscrimination

Braven Health complies with applicable Federal civil rights laws and does not discriminate against nor does it exclude people or treat them differently on the basis of race, color, gender, national origin, age, disability, pregnancy, gender identity, sex, sexual orientation or health status in the administration of the plan, including enrollment and benefit determinations. Braven Health provides free aids and services to people with disabilities (e.g. qualified language interpreters and information in other formats) and to those whose primary language is not English (e.g. information in other languages) to communicate effectively with us.

**Contacting Member Services**
Call Member Services at **1-833-272-8360** (TTY **711**) or the phone number on the back of your member ID card, if you need the free aids and services noted above and for all other Member Services issues, including:

- **Claim, benefits or enrollment inquiries**
- **Lost/stolen ID cards**
- **Address changes**
- **Any other inquiry related to your benefits or health plan**


**Filing a Section 1557 Grievance**
If you believe that Braven Health has failed to provide the free communication aids and services or discriminated against you for one of the reasons described above, you can file a discrimination complaint also known as a Section 1557 Grievance. Braven Health's Civil Rights Coordinator can be reached by calling the Member Services number on the back of your member ID card or by writing to:

**Braven Health**
**Civil Rights Coordinator**
**Three Penn Plaza East, PP-12L**
**Newark, NJ 07105-2200**

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at **https://ocrportal.hhs.gov/ocr/portal/lobby.jsf**, or by mail or phone at:

**Office for Civil Rights Headquarters**
**U.S. Department of Health and Human Services**
**200 Independence Avenue, SW**
**Room 509F, HHH Building**
**Washington, D.C. 20201**
**1-800-368-1019** or **1-800-537-7697** (TDD)

OCR Complaint forms are available at **www.hhs.gov/ocr/office/file/index.html**.

Para ayuda en español, llame a **1-833-272-8360** (TTY **711**).

Y0159_ECN007353B_C





**Step 2:** Mail, fax, or deliver your appeal. You can also call us.

| | | |
|---|---|---|
| **For a Standard Appeal:** | Mailing Address: | Braven Health Medicare Advantage<br>P.O. Box 10195<br>Newark, NJ 07101-0406 |
| | Phone: 1-888-272-8360, TTY Users Call: 711<br>Fax: 609-583-3028 | |
| **For a Fast Appeal:** | Phone: 1-888-272-8360    TTY Users Call: 711<br>Fax: 609-583-3028 | |

## What happens next?

If you ask for an appeal and we continue to deny your request for a medical service/item, we'll automatically send your case to an independent reviewer.  **If the independent reviewer denies your request, the written decision will explain if you have additional appeal rights.**

## Get help & more information

- Braven Health Toll Free: 1-888-272-8360          TTY users call: 711
  8 a.m. to 8 p.m. 7 days a week from October 1 – March 31, then 8 a.m. to 8 p.m. weekdays from April 1 – September 30 or BravenHealth.com.
- 1-800-MEDICARE (1-800-633-4227), 24 hours, 7 days a week.  TTY users call: 1-877-486-2048
- Medicare Rights Center:  1-888-HMO-9050
- Elder Care Locator:  1-800-677-1116 or www.eldercare.acl.gov to find help in your community.

Form CMS 10003-NDMCP                              OMB Approval 0938-0829 (Expires: 12/31/2024)

From:  Edward J. Mierzwa
       11 Brook Street
       Hackensack, New Jersey 07601-1509

To:    Office of City Clerk for the City of Hackensack
       Hackensack City Hall
       65 Central Avenue
       Hackensack, New Jersey 07601

RE:    CLAIM FOR DAMAGES AGAINST THE CITY OF HACKENSACK

Date:  08 May 2025

1.   Claimant:      Mierzwa, Edward J.
     Date of Birth:  26 May 1954
     Married
     Spouse:        Patricia A. Mierzwa
     Address:       11 Brook Street · Hackensack, New Jersey 07601-1509
     Note:          street & mailing address is the same
     Social Security No.:

2.   Not Applicable. If notices and correspondence in connection with this claim are to be
     sent to a person other than claimant, complete question #2.

3.   (a) The occurrence or accident which gave rise to this claim occurred on:
     Tuesday, 06 May 2025 @ 15:30
     Tuesday, 06 May 2025 @ 15:45
     Wednesday, 07 May 2025 @ 11:45
     Wednesday, 07 May 2025 @ 12:30

     (b) Describe the location or place of the accident or occurrence:
     Tuesday, 06 May 2025 @ 15:30 in Hackensack, NJ Police Headquarters
     Tuesday, 06 May 2025 @ 15:45 in Hackensack, NJ Police Headquarters
     Wednesday, 07 May 2025 @ 11:45 in Hackensack, NJ Police Headquarters
     Wednesday, 07 May 2025 @ 12:30 in Bergen County, NJ Office of County Prosecutor

1

(c) Describe how the accident or occurrence happened:

Claimant made (4) attempts to file a Police Report to document an Identity Theft Incident affecting the Claimant. On Tuesday, 06 May 2025 @ 15:30, supporting documentation was hand carried to the Hackensack Police Department [HPD] and was handed, by the officer manning the Front Desk, a multi-page packet in Support of Fraud/Identity Reporting Form [Exhibit 1]. Claimant returned to personal vehicle to complete said forms and returned to HPD on Tuesday, 06 May 2025 @ 15:45 and was turned away by a different officer manning the Front Desk, being advised that the best time to return would be during the traditional third shift hours of 02:30 – 03:30. Claimant returned to HPD on Wednesday, 07 May 2025 @ 11:45 for the purpose of submitting the Fraud/Identity Reporting Form and was turned away by the officer manning the Front Desk. It was necessary to leave immediately as this officer was stonewalling the Claimant with nonsensical questions. A final attempt to file said report transpired on Wednesday, 07 May 2025 @ 12:30 in Bergen County, NJ Office of County Prosecutor, located at the Bergen County Justice Center, 10 Main Street, Hackensack, New Jersey. Claimant met with two officers, explained the HPD dilemma for the purpose of intervening and at the end of the day, Supporting Documents and the Fraud/Identity Reporting Form have not been docketed.

(d) State the name(s) of the CITY OF HACKENSACK employee(s) whom you claim were at fault, including any information that will assist in identifying and locating them:

Refer to the narrative in part (c) to the best of my knowledge and belief, the John and/or Jane Does can be identified by way of recordkeeping by the City of Hackensack.

(e) State the negligence or wrongful acts of the CITY OF HACKENSACK employee(s) which caused your damages:

Official Deprivation of Civil Rights

(f) State the name and address of all witnesses to the accident or occurrence:

Unknown

(g) State the name of all police officers and police departments who investigated the accident and provide a copy of the police report:

Refer to the narrative in part (c) to the best of my knowledge and belief, the John and/or Jane Does can be identified by way of recordkeeping by the City of Hackensack.

2

4.　　(a) Claim for Damages:
　　　　Physical and Emotional Distress
　　　　(b) If you claim personal injury:
　　　　　　　　(1) Describe your injuries resulting from the accident or occurrence:
　　　　　　　　　　anxieties triggering physical symptoms
　　　　　　　　(2) Do you claim permanent disability resulting from this injury:
　　　　　　　　　　Claimant will defer to attending medical professionals in the foreseeable
　　　　　　　　　　weeks and months.
　　　　　　　　　　For each hospital, doctor or other practitioner rendering treatment,
　　　　　　　　　　examination or diagnostic services, state:
　　　　　　　　　　Refer to the response within this section.
　　　　　　　　(3) If you claim loss of wages or income as a result of the injury, state:
　　　　　　　　　　Not Applicable.
　　　　　　　　(4) Set forth any and all other losses or damages claimed by you:
　　　　　　　　　　Ad Damnum for compensatory damages and punitive damages.
　　　　　　　　　　c. Property damages are not claimed
　　　　　　　　　　d. Set forth in detail all other items of loss or damages claimed by you and
　　　　　　　　　　the method by which you made calculation.
　　　　　　　　　　Refer to the response within this section.

---

5.　　The total amount of your claim:
　　　　Ad Damnum for compensatory damages and punitive damages.

---

6.　　Have you made a claim against anyone else for the losses or expenses claimed in this
　　　　notice?
　　　　Civil Action in the foreseeable future, listing of Defendants is forthcoming.

　　　　Do you collect benefits from any Municipal, State or Federal Agency?
　　　　Social Security Benefits

---

7.　　Are any of the losses or expenses claimed herein covered by any policy of insurance?
　　　　No, to the best of knowledge and belief of Claimant.

3

8.  Have you received or agreed to receive any money from anyone for the damages claimed herein?
    No.

9.  The following items must be submitted with this notice:
    1. Copies of itemized bills for each medical expense and other losses and expenses claimed. Forthcoming during Discovery
    2. Full copies of all appraisals and estimates of property damages claimed by you: Not Applicable
    3. Copies of all written reports of all expert witnesses and treating physicians: Forthcoming during Discovery
    4. A letter from your employer showing your lost wages. If self-employed, a statement showing the calculation of your claimed lost income:
    Not Applicable

10. Prior Claims:
    Have you ever made a claim before against THE CITY OF HACKENSACK or anyone:
    Yes.
    If so, list date of accident, location, parties involved, insurance carrier and claim number:
    See Attachments for actionable Tort Claim Notices, as per Federal Rules of the Court.

    | | |
    |---|---|
    | Exhibit 2 | Tort Claim Notice dated 07/09/2024 |
    | Exhibit 3 | Tort Claim Notice dated 01/30/2024 |
    | Exhibit 4 | Tort Claim Notice dated 03/19/2022 |
    | Exhibit 5 | Tort Claim Notice dated 05/14/2021 |

4

13a

**Certification of Claimant, Edward J. Mierzwa**

I hereby certify that the foregoing statements made by me are true; that the attached statements, bills, reports and documents are the only ones known to me to be in existence at this time. I am aware that if any statement made herein is willfully false or fraudulent, that I am subject to punishment provided by the law.

Executed On:                              By:

May 08, 2025


                                    Edward J. Mierzwa, Claimant


5

# EXHIBIT 1



**Hackensack Police Department**
Fraud/Identity Theft Reporting Form

| FOR OFFICIAL USE ONLY | |
|---|---|
| Case # | - |
| Received by: | |
| Personnel #: | |
| ID Attached: | |

Your case WILL NOT be investigated unless/until you provide supporting documentation as explained on the instruction sheet under item #4.

**Fields in BLUE are required**

Your Name:    Edward J. Mierzwa
11 Brook Street
Hackensack, New Jersey 07601-1509    First    Middle
TEL:
CELL:
Alias/Maiden Names:    e-mail:

Driver's License or ID#:    State: _nu_

Date of Birth:    SSN:

Physical Address:
     Street     City     State     Zip

Mailing Address:
☑ Check if same as physical    Street     City     State     Zip

Primary Phone:    Alternate Phone:

E-Mail (if available):

1.    Total amount of financial loss:    $ 0.00

2.    Have you been reimbursed for the amount listed in #1?    ☐ Yes    ☑ No    ☐ Partially    $

3.    How did you become aware of the crime?

     ☐    Found fraudulent charges on my credit card bill. Which one? *Name of card, account number & card number.*

     ☐    Found fraudulent charges on my cellular phone bill. Which one?
        *Your cellular phone number & service provider (i.e. : Verizon).*

     ☐    Received bills for an account(s) I did not open. Which one? *Name of account & account number(s)*

     ☐    Found irregularities on my credit report. *If checked, attach credit report*

     ☐    Was contacted by a creditor demanding payment for something I did not buy. Which one?
        *Name of creditor, phone number for creditor & name of person with whom you spoke.*

     ☐    Was contacted by a bank's fraud department about charges. Which one?
        *Name of Bank, account number, name of person you spoke to & that person's phone number.*

     ☑ Other: _obtained via incorrect Braven phone # listed_

1

16a

# EXHIBIT 2

## CLAIM FOR DAMAGES AGAINST THE CITY OF HACKENSACK

CITY OF HACKENSACK, NEW JERSEY
OFFICE of CITY CLERK
65 CENTRAL AVENUE
HACKENSACK, NEW JERSEY 07601
PHONE: (201) 646-3900

1.    Claimant:

Edward J. Mierzwa
11 Brook Street
Hackensack, New Jersey 07601-1509
TEL
CELL

         (Last)        (First)        (Middle)

Date of Birth:_____

Married: ( ) Single: (    Spouse's Name:

Street Address:_____    Mailing
        address it
        other than
        street
        address

        State:
City:_____    ZIP:
Social Security No.:

If notices and correspondence in connection with this claim are to be sent to a person other than claimant, complete question #2.

2.    **NA**

Name:

# EXHIBIT 3

## INITIAL NOTICE OF CLAIM FOR DAMAGES AGAINST THE STATE OF NEW JERSEY

**FORWARD TO:**

OFFICE OF THE BERGEN COUNTY CLERK
SUPERINTENDANT OF ELECTIONS
ONE BERGEN COUNTY PLAZA
HACKENSACK, NEW JERSEY 07601
PHONE: (201) 336-7000

FORM **MUST** BE FILED WITHIN **90** DAYS OF THE ACCIDENT OR YOU MAY FORFEIT YOUR RIGHT

1. **CLAIMANT:**
   MIERZWA, EDWARD J.
   11 BROOK STREET
   HACKENSACK, NEW JERSEY 07601-1509

   TEL:
   DOB:
   SS:

2. **NA**
3. **CIRCUMSTANCES REGARDING THE OCCURRENCE OR ACCIDENT:**

   See attached

4. **DESCRIBE THE ACCIDENT OR OCCURRENCE:**

   See attached

5. **Unknown.**

6. **STATE THE NAMES AND ADDRESSES OF EACH STATE AGENCY OR AGENCIES AND EACH STATE EMPLOYEE WHOM YOU CLAIM CAUSED YOUR DAMAGES OR INJURIES:**

   Employees and Contractors, John and Jane Does, of the OFFICE OF THE BERGEN COUNTY CLERK working within the SUPERINTENDANT OF ELECTIONS and statewide.

7. Unknown

8. See attached

9. The amount of the claim is AD DAMNUM damages.

I HEREBY CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE.  I AM AWARE THAT IF ANY STATEMENT MADE HEREIN IS WILLFULLY FALSE OR FRAUDULENT, THAT I AM SUBJECT TO PUNISHMENT PROVIDED BY LAW.

_____          _____

DATE                                              Edward J. Mierzwa, CLAIMANT

# EXHIBIT 4

## INITIAL NOTICE OF CLAIM FOR DAMAGES AGAINST THE STATE OF NEW JERSEY

**FORWARD TO:**

NJ DEPARTMENT OF THE TREASURY
BUREAU OF RISK MGMT · TORT AND CONTRACT UNIT
PO BOX 620
TRENTON, NEW JERSEY 08625
PHONE: (609) 292-4347

FORM **MUST** BE FILED WITHIN **90** DAYS OF THE ACCIDENT OR YOU MAY FORFEIT YOUR RIGHT

1. **CLAIMANT:**
   MIERZWA, EDWARD J.
   11 BROOK STREET
   HACKENSACK, NEW JERSEY 07601-1509

   TEL:    (201) 342-4840
   DOB:    05/26/1954
   SS:     XXX-XX-1520 [REDACTED]

2. **NA**

3. **CIRCUMSTANCES REGARDING THE OCCURRENCE OR ACCIDENT:**

   Date & Time:   18 January 2022 to present
   Location:      Bergen County Judicial Center
                  10 Main Street
                  Hackensack NJ 07601

4. **DESCRIBE THE ACCIDENT OR OCCURRENCE:**

   Fraud Upon the Court caused by the Office of the Clerk regarding events of Docket No. BER-DC-000454-22. Please refer to attachment, consisting of a [filed] Motion for Partial Summary Judgment and Change of Venue.

5. Unknown.

6. **STATE THE NAMES AND ADDRESSES OF EACH STATE AGENCY OR AGENCIES AND EACH STATE EMPLOYEE WHOM YOU CLAIM CAUSED YOUR DAMAGES OR INJURIES:**

   Employees, John and Jane Does, of the Superior Court of New Jersey working within the Bergen County Courthouse and statewide [see, answer #3].

7. Unknown

8. Refer to Answer #4

9. The amount of the claim is AD DAMNUM damages.

I HEREBY CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE.  I AM AWARE THAT IF ANY STATEMENT MADE HEREIN IS WILLFULLY FALSE OR FRAUDULENT, THAT I AM SUBJECT TO PUNISHMENT PROVIDED BY LAW.

_____          _____

DATE                             Edward J. Mierzwa, CLAIMANT

# EXHIBIT  5

## INITIAL NOTICE OF CLAIM FOR DAMAGES AGAINST THE STATE OF NEW JERSEY

**FORWARD TO:** TORT AND CONTRACT UNIT
DEPARTMENT OF THE TREASURY, BUREAU OF RISK MGMT.
PO BOX 620
TRENTON, NEW JERSEY 08625
PHONE: (609) 292-4347

FORM <u>MUST</u> BE FILED WITHIN <u>90</u> DAYS OF THE ACCIDENT OR YOU MAY FORFEIT YOUR RIGHT

**1. CLAIMANT:**

| MIERZWA | EDWARD | J |
|---|---|---|
| LAST NAME | FIRST | MIDDLE |

| 11 BROOK STREET<br>HACKENSACK, NJ 07601-1509 | SAME |
|---|---|
| ADDRESS | MAILING ADDRESS IF OTHER THAN ADDRESS |

| | | |
|---|---|---|
| Telephone | DATE OF BIRTH | SOCIAL SECURITY NUMBER |

**2. IF NOTICES AND CORRESPONDENCE IN CONNECTION WITH THIS CLAIM ARE TO BE SENT TO A PERSON OTHER THAN CLAIMANT, COMPLETE ITEM #2.**

N/A
**NAME**

MAILING ADDRESS

ADDRESS

TELEPHONE

**RELATIONSHIP TO CLAIMANT:**    ATTORNEY AT LAW ☐  **OR**

EXPLAIN RELATIONSHIP

**3. CIRCUMSTANCES REGARDING THE OCCURRENCE OR ACCIDENT :**

| JANUARY 06, 2021 | 12:34 PM | SUMMIT AVE (NEAR THOMPSON ST)<br>HACKENSACK, NJ |
|---|---|---|
| DATE | TIME | |
| | | EXACT LOCATION OF THE OCCURRENCE |

**4. DESCRIBE THE ACCIDENT OR OCCURENCE.**

SEE ATTACHED POLICE REPORT NO.: 21-001225
SEE ATTACHED NJAG REPORT NO.: OAG-CS-15349
SEE ATTACHED |5/14/21| SCREENSHOT OF MUNICIPAL COURT CASE SEARCH, RE: TONG WU

24a



**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

# CIVIL RIGHTS COMPLAINT FORM

The United States Attorney's Office, in coordination with the Civil Rights Division of the United States Department of Justice, is charged with enforcing the federal civil rights laws throughout the District of New Jersey. The Office therefore readily receives information that brings to its attention possible violations of federal civil rights laws. The United States Attorney's Office is primarily a legal office and not an investigative agency. This Office will determine if your complaint raises a potential violation of federal civil rights laws that would be within the enforcement authority of this Office to investigate, or should be referred to another agency for investigation or other action.

Date 08 May 2025

| Person filing complaint: | Person/Entity you are filing complaint about: |
|---|---|
| | Hackensack Police Department |
| Name Edward J. Mierzwa | Name City Hall Complex, corner of State St and Central Ave |
| Address 11 Brook St | Address Hackensack, NJ, 07601 |
| City, State, Zip Hackensack, NJ, 07601-1509 | City, State, Zip (201) 646-7777 |
| Day Time Phone | Day Time Phone |
| E-mail | E-mail |
| Best method and time for contact 9-5 | Best method and time for contact good luck |

### Nature of alleged civil rights violation (please check area that applies to your complaint):

- [ ] Abortion Clinic Access
- [ ] Credit/Lending Opportunities
- [ ] Disability Rights or Access
- [ ] Educational Opportunities
- [ ] Employment Discrimination
- [ ] Hate Crime
- [ ] Housing Discrimination
- [ ] Human Trafficking
- [x] Law Enforcement Misconduct
- [ ] Military/Veteran Status
- [ ] Prisoner or Institutionalized Person Rights
- [ ] Religious Land Use
- [ ] Sexual Harassment
- [ ] Voting Rights
- [ ] Other:_____

### What do you believe was the reason for the discrimination?:

- [ ] Disability
- [ ] Religion
- [ ] Familial Status
- [ ] Sex
- [ ] Gender Identify
- [ ] Sexual Orientation
- [ ] National Origin
- Other unknown
- [ ] Race

25a

Describe the civil rights violation that you would like to bring to the attention of the U.S. Attorney's Office. Include as much information as possible, including the date, place, nature of incident and contact information for any witnesses (please include copies of supporting documentation, but do not send original documents):

see attachment(s)

_____ |Attach additional  page(s) if necessary|

**Are you represented by an attorney in this matter?** [ ] Yes  [✓] No  If yes, please provide name of attorney, address and phone number:

**Have you filed a lawsuit concerning this matter?** [ ] Yes  [✓] No  If yes, please provide the case name, court in which the case was brought, and the status of the case:

a Tort Claim has been filed

**Have you filed a complaint about this matter with any other federal, state, or government agency?** [ ] Yes [✓] No If yes, please list the agency, contact person, phone number and status of the complaint:

visited with Office of Bergen County Prosecutor, to no avail

This Office will carefully consider the information you have provided us. If this Office determines that your complaint raises a potential violation of federal civil rights laws that would be within the enforcement authority of this Office to investigate and/or that further information from you is necessary for any investigation, we will contact you.

**PLEASE UNDERSTAND THAT SUBMITTING THIS COMPLAINT FORM HAS NO EFFECT ON ANY STATUTE OF LIMITATIONS OR OTHER FILING REQUIREMENTS THAT MIGHT APPLY TO ANY COMPLAINT YOU MAY HAVE.**

**FURTHER, BY SUBMITTING THIS COMPLAINT YOU HAVE NOT COMMENCED A LAWSUIT OR OTHER LEGAL PROCEEDING, AND THIS OFFICE HAS NOT INITIATED A SUIT OR PROCEEDING ON YOUR BEHALF.**

**IF YOU BELIEVE YOUR CIVIL RIGHTS HAVE BEEN VIOLATED, AND INTEND TO BRING A LAWSUIT, YOU SHOULD ALSO CONTACT A PRIVATE ATTORNEY.**

### Email Form

or print and send completed complaint form and any supporting documentation to:

Civil Rights Complaints, Civil Division
United States Attorney's Office, District of New Jersey
970 Broad Street, Suite 700
Newark, New Jersey 07102
973-297-2010 (Fax)
USANJ.Civilrightscomplaint@usdoj.gov (Email)

Civil Rights Complaint Hotline – 855-281-3339

27a

## NJ Courts eFiling Confirmation - EF-3356410

From: jedsdonotreply.mailbox@njcourts.gov
To: ep_mierzwa@verizon.net
Date: Friday, May 9, 2025 at 10:49 AM EDT

**New Jersey Courts**

Your filing has been successfully submitted. Below are the details for your reference:

| | |
|---|---|
| Transaction ID: | EF-3356410 |
| Filing submitted by: | Edward Mierzwa |
| Filed date: | 05/09/2025 10:49:16 AM |

| | |
|---|---|
| Court/Division: | General Equity/Chancery |
| Docket type: | C |
| Filing type: | Complaint |
| Case number: | Not available |
| Filing fee: | $250.00 |
| Payment*: | $257.50 - Credit card #115021327 |

Documents filed:

| Document type | Document description | File name |
|---|---|---|
| Complaint | Complaint | print copy.pdf |
| Case information statement | Case information statement | CIS.pdf |

*Credit card transactions have a 3% service fee applied to the filing fee.

This email is for notification purposes only and was sent from a notification-only address that cannot accept incoming email.
**Please do not reply to this message.**

Edward J. Mierzwa · Plaintiff, Pro Se
11 Brook Street · Hackensack, NJ 07601-1509
Tel: (201) 463-1857

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION · VICINAGE OF BERGEN

| | |
|---|---|
| Edward J. Mierzwa, | Docket No. |
| Plaintiff, | |
| vs. | Verified Complaint |
| State of New Jersey, | Civil Action |
| Defendant, | |

*Parties*

1. Plaintiff, Edward J. Mierzwa, residing at 11 Brook Street, in the City of Hackensack, in the County of Bergen, in the State of New Jersey.

2. Defendant, State of New Jersey, whose center of operations being in the R.J. Hughes Justice Complex, in the City of Trenton, in the County of Mercer, in the State of New Jersey. The Office of the New Jersey Attorney occupies offices within said Complex and at the Office of the Bergen County Prosecutor located within the Bergen County Justice Complex, located at 10 Main Street in the City of Hackensack, New Jersey.

*Jurisdiction and Venue*

3. Venue is proper in this jurisdiction, Superior Court of New Jersey Vicinage of Bergen for reason that the substantial part of the events giving rise to this action occurred within this judicial district.

*Statement of Relevant Facts*

4. On 05 May 2025, Plaintiff, Edward J. Mierzwa, became a Victim of Identity Theft. The Federal Trade Commission [FTC] was duly notified on 05 May 2025 and a case number was assigned. Protocol for a Victim of Identity Theft is to visit the police station for their respective locale and file a police report. For dubious reasons all their own, the Hackensack Police Department [HPD] of Bergen County, New Jersey refused to effect the docketing of the HPD Fraud/Identity Theft Report. Multiple attempts were made by Plaintiff, all to no avail. The stonewalling antics of the HPD Front Desk Officer(s) caused a high degree of emotional distress that was dormant for several years; deep emotional scars remain from the myriad of bizarre and unfounded arrests, incarcerations, kangaroo court trials emanating from the tawdry episodes of years past involving the Garfield Police Department, also located within Bergen County, New Jersey.

2

5. By reference, Exhibit 1, is included in its entirety within the pleadings of this Verified Complaint.

6. WHEREFORE, the Plaintiff, Edward J. Mierzwa demands Judgment, comprising of an Order with the following provisions: (a) that the Office of the Bergen County Prosecutor directly oversee and be in attendance in a public, non-governmental setting for the purpose of the meeting of all parties required to perform the duties required to complete the HPD Fraud/Identity Theft Report, at a mutually convenient time and place, all without costs to the Plaintiff; (b) promptly reimburse Plaintiff for costs of bringing this action against the Defendant; (c) also, the Plaintiff prays for such further or other relief as the nature of the case may require, and as may be agreeable to equity and good conscience.

7. I hereby certify that confidential personal identifiers have been redacted from documents now submitted to the court; and, will be redacted from all documents submitted in the future in accordance with New Jersey Court Rule 1:38-7(b).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By:

Dated: 12 May 2025

Edward J. Mierzwa, Plaintiff

3

OSC AS ORIGINAL PROCESS – SUMMARY ACTION
PURSUANT TO *R.* 4:67-1(A)
FAMILY PART *R.* 5:4-3(b)
SUBMITTED WITH NEW COMPLAINT

<table>
<tr><td></td><td>SUPERIOR COURT OF NEW JERSEY<br>_____ DIVISION _____ COUNTY<br>_____ PART</td></tr>
<tr><td>[Insert the plaintiff's name],</td><td>Docket No.:</td></tr>
<tr><td style="text-align:right">Plaintiff(s),<br>v.</td><td>CIVIL ACTION</td></tr>
<tr><td>[Insert the defendant's name],</td><td>ORDER TO SHOW CAUSE<br>SUMMARY ACTION</td></tr>
<tr><td style="text-align:right">Defendant(s).</td><td></td></tr>
</table>

THIS MATTER being brought before the Court by _____ , attorney for plaintiff, [*insert the plaintiff's name*], seeking relief by way of summary action pursuant to *R.* 4:67-1(a), based upon the facts set forth in the verified complaint filed herewith; and the Court having determined that this matter may be commenced by order to show cause as a summary proceeding pursuant to [*insert the statute or court rule that permits the matter to be brought as a summary action*] and for good cause shown.

IT IS on this _____ day of _____ , 20___, *ORDERED* that the [defendant(s) *or alternate*: parties in interest], [*insert defendant's or parties in interest name(s)*], appear and show cause on the _____ day of _____ , 20___ before the Superior Court at the _____ County Courthouse in _____ , New Jersey at _____ o'clock in the _____ noon, or as soon thereafter as counsel can be heard, why judgment should not be entered for:

A.  [*Set forth with specificity the return date relief that the plaintiff is seeking.*];

B.  _____ ;

C.  _____ ;

D.  Granting such other relief as the court deems equitable and just.

And it is further *ORDERED* that:

1.   A copy of this order to show cause, verified complaint and all supporting affidavits or certifications submitted in support of this application be served upon the

32a

[defendant(s) *or alternate*: parties in interest], [personally *or alternate: describe form of substituted service*] within _____ days of the date hereof, in accordance with *R*. 4:4-3 and *R*. 4:4-4, this being original process.

2.    The plaintiff must file with the court his/her/its proof of service of the pleadings on the [defendant(s) *or alternate*: parties in interest] no later than three (3) days before the return date.

3.    [Defendant(s) *or alternate*: Parties in interest] shall file and serve a written answer, [an answering affidavit or a motion returnable on the return date] *[Family Part alternate*: appearance or response] to this order to show cause and the relief requested in the verified complaint and proof of service of the same by _____, 20___. The answer, [answering affidavit or a motion] [Family Part *alternate*: appearance, response], as the case may be, must be filed with the Clerk of the Superior Court in the county listed above and a copy of the papers must be sent directly to the chambers of Judge _____.

4.    The plaintiff must file and serve any written reply to the defendant's order to show cause opposition by _____, 20___. The reply papers must be filed with the Clerk of the Superior Court in the county listed above and a copy of the reply papers must be sent directly to the chambers of Judge _____.

5.    If the [defendant(s) *or alternate*: parties in interest], do/does not file and serve opposition to this order to show cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that the plaintiff files a proof of service and a proposed form of order at least three days prior to the return date.

6.    If the plaintiff has not already done so, a proposed form of order addressing the relief sought on the return date (along with a self-addressed return envelope with return address and postage) must be submitted to the court no later than three (3) days before the return date.

7.    [Defendant(s) *or alternate*: parties in interest] take notice that the plaintiff has filed a [lawsuit] *[Family Part alternate*: divorce action] against [you][*the estate of* _____] in the Superior Court of New Jersey. The verified complaint attached to this order to show cause states the basis of the lawsuit. If you dispute this complaint, you, or your attorney, must file a written answer, [an answering affidavit or a motion returnable on the return date to the order to show cause] *[Family Part alternate*: appearance or response] and proof of service before the return date of the order to show cause.

33a

These documents must be fled with the Clerk of the Superior Court [*Surrogate*] in the county listed above. A list of these offices is provided. Include a $ _____ filing fee payable to the "Treasurer State of New Jersey [*Surrogate of* _____ *County*]." You must also send a copy of your answer, [answering affidavit or motion] [*Family Part alternate*: appearance or response] to the plaintiff's attorney whose name and address appear above, or to the plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve your answer, [answering affidavit or motion] [*Family Part alternate*: appearance or response] (with the fee) or judgment may be entered against you by default.

     8.    If you cannot afford an attorney, you may call the Legal Services office in the county in which you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

     9.    The Court will entertain argument, but not testimony, on the return date of the order to show cause, unless the court and parties are advised to the contrary no later than _____ days before the return date.

_____
J.S.C.

34a

ATLANTIC COUNTY:
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

BERGEN COUNTY:
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

BURLINGTON COUNTY:
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First FL, Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

CAMDEN COUNTY:
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl., Hall of Records
101 S. Fifth St.
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

CAPE MAY COUNTY:
Deputy Clerk of the Superior Court
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

CUMBERLAND COUNTY:
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

ESSEX COUNTY:
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

GLOUCESTER COUNTY:
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street, P.O. Box 129
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

HUDSON COUNTY: Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House— 1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

HUNTERDON COUNTY:
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

MERCER COUNTY:
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

MIDDLESEX COUNTY:
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Sq., P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

MONMOUTH COUNTY:
Deputy Clerk of the Superior Court
Court House
71 Monument Park
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

MORRIS COUNTY:
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Pl., P.O. Box 910
Morristown, NJ 07960-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

OCEAN COUNTY:
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

PASSAIC COUNTY:
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

SALEM COUNTY:
Deputy Clerk of the Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079

LAWYER REFERRAL
(856) 935-5628
LEGAL SERVICES
(856) 451-0003

SOMERSET COUNTY:
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

SUSSEX COUNTY:
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

UNION COUNTY:
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

WARREN COUNTY:
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 475-2010

36a

New Jersey Judiciary
Civil Practice Division
### Civil Case Information Statement (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1.
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the
black bar is not completed, or attorney's signature is not affixed.

| For Use by Clerk's Office Only | | | | |
|---|---|---|---|---|
| Payment type ☐ check ☐ charge ☐ cash | Charge/Check Number | Amount S | Overpayment S | Batch Number |

| Attorney/Pro Se Name | Telephone Number | County of Venue |
|---|---|---|
| Edward J Mierzwa | (201) 342-4840 ext. | Bergen |

| Firm Name (if applicable) | Docket Number (when available) |
|---|---|
| Pro Se | |

| Office Address - Street | City | | State | Zip |
|---|---|---|---|---|
| 11 Brook St | Hackensack | | NJ | 07601 |

| Document Type | Jury Demand |
|---|---|
| Complaint | ☐ Yes    ■ No |

| Name of Party (e.g., John Doe, Plaintiff) | Caption |
|---|---|
| Edward J Mierzwa | Edward J Merzwa v State of NJ |

Case Type Number (See page 3 for listing)  801

| | | |
|---|---|---|
| Are sexual abuse claims alleged? | ☐ Yes | ■ No |
| Does this case involve claims related to COVID-19? | ☐ Yes | ■ No |
| Is this a professional malpractice case? | ☐ Yes | ■ No |
| If "Yes," see N.J.S.A. 2A:53A-27 and applicable case law regarding your obligation to file an affidavit of merit. | | |
| Related Cases Pending? | ☐ Yes | ■ No |
| If "Yes," list docket numbers | | |
| Do you anticipate adding any parties (arising out of same transaction or occurrence)? | ☐ Yes | ■ No |
| Name of defendant's primary insurance company (if known) | ☐ None | ■ Unknown |

Revised Form Promulgated by 04/19/2022 Notice to the Bar (effective 05/01/2022), CN 10517 (Appendix XII-B1)    page 4 of 7

37a

| The Information Provided on This Form Cannot be Introduced into Evidence. |
|---|

Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation

Do parties have a current, past or recurrent relationship?   ■ Yes   ☐ No
   If "Yes," is that relationship:
     ☐ Employer/Employee   ☐ Friend/Neighbor   ☐ Familial   ☐ Business
     ■ Other (explain) police misconduct

Does the statute governing this case provide for payment of fees   ■ Yes   ☐ No
by the losing party?

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition.
the matter concerns the reporting of Identity Theft, local police department refuses to file a report, re-opened old wounds of emotional distress of years passed

Do you or your client need any disability accommodations?   ☐ Yes   ■ No
   If yes, please identify the requested accommodation:

Will an interpreter be needed?   ☐ Yes   ■ No
   If yes, for what language?

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).**
                           **/s/ Edward J Mierzwa**

Attorney/Self-Represented Litigant Signature: _____

# Civil Case Information Statement (CIS)

Use for initial pleadings (not motions) under *Rule* 4:5-1

## CASE TYPES

(Choose one and enter number of case type in appropriate space on page 1.)

### Track I - 150 days discovery

| | |
|---|---|
| 151 | Name Change |
| 175 | Forfeiture |
| 302 | Tenancy |
| 399 | Real Property (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) |
| 502 | Book Account (debt collection matters only) |
| 505 | Other Insurance Claim (including declaratory judgment actions) |
| 506 | PIP Coverage |
| 510 | UM or UIM Claim (coverage issues only) |
| 511 | Action on Negotiable Instrument |
| 512 | Lemon Law |
| 801 | Summary Action |
| 802 | Open Public Records Act (summary action) |
| 999 | Other (briefly describe nature of action) |

### Track II - 300 days discovery

| | |
|---|---|
| 305 | Construction |
| 509 | Employment (other than Conscientious Employees Protection Act (CEPA) or Law Against Discrimination (LAD)) |
| 599 | Contract/Commercial Transaction |
| 603N | Auto Negligence – Personal Injury (non-verbal threshold) |
| 603Y | Auto Negligence – Personal Injury (verbal threshold) |
| 605 | Personal Injury |
| 610 | Auto Negligence – Property Damage |
| 621 | UM or UIM Claim (includes bodily injury) |
| 699 | Tort – Other |

### Track III - 450 days discovery

| | |
|---|---|
| 005 | Civil Rights |
| 301 | Condemnation |
| 602 | Assault and Battery |
| 604 | Medical Malpractice |
| 606 | Product Liability |
| 607 | Professional Malpractice |
| 608 | Toxic Tort |
| 609 | Defamation |
| 616 | Whistleblower / Conscientious Employee Protection Act (CEPA) Cases |
| 617 | Inverse Condemnation |
| 618 | Law Against Discrimination (LAD) Cases |

## Track IV - Active Case Management by Individual Judge / 450 days discovery

| | |
|---|---|
| 156 | Environmental/Environmental Coverage Litigation |
| 303 | Mt. Laurel |
| 508 | Complex Commercial |
| 513 | Complex Construction |
| 514 | Insurance Fraud |
| 620 | False Claims Act |
| 701 | Actions in Lieu of Prerogative Writs |

## Multicounty Litigation (Track IV)

| | |
|---|---|
| 271 | Accutane/Isotretinoin |
| 281 | Bristol-Myers Squibb Environmental |
| 282 | Fosamax |
| 285 | Stryker Trident Hip Implants |
| 291 | Pelvic Mesh/Gynecare |
| 292 | Pelvic Mesh/Bard |
| 293 | DePuy ASR Hip Implant Litigation |
| 296 | Stryker Rejuvenate/ABG II Modular Hip Stem Components |
| 299 | Olmesartan Medoxomil Medications/Benicar |
| 300 | Talc-Based Body Powders |
| 601 | Asbestos |
| 624 | Stryker LFIT CoCr V40 Femoral Heads |
| 625 | Firefighter Hearing Loss Litigation |
| 626 | Abilify |
| 627 | Physiomesh Flexible Composite Mesh |
| 628 | Taxotere/Docetaxel |
| 629 | Zostavax |
| 630 | Proceed Mesh/Patch |
| 631 | Proton-Pump Inhibitors |
| 632 | HealthPlus Surgery Center |
| 633 | Prolene Hernia System Mesh |
| 634 | Allergan Biocell Textured Breast Implants |
| 635 | Tasigna |
| 636 | Strattice Hernia Mesh |
| 637 | Singulair |
| 638 | Elmiron |

If you believe this case requires a track other than that provided above, please indicate the reason on page 1, in the space under "Case Characteristics".

**Please check off each applicable category**

☐ **Putative Class Action**    ☐ **Title 59**    ☐ **Consumer Fraud**

Edward J. Mierzwa · Plaintiff, Pro Se
11 Brook Street · Hackensack, NJ 07601-1509
Tel: (201) 463-1857

SUPERIOR  COURT  OF  NEW  JERSEY
LAW DIVISION · VICINAGE OF BERGEN

| | |
|---|---|
| Edward J. Mierzwa, | Docket No. |
| Plaintiff, | |
| vs. | Proof of Service |
| State of New Jersey, | Civil Action |
| Defendant, | |

I certify that I served a copy of this Verified Complaint
& Proposed Order to Show Cause by hand carry on Monday,
12 May 2025, to the Office of the Bergen County Prosecutor
at the address listed as Bergen County Justice Center, 10
Main Street, Hackensack, New Jersey 07601

I certify that all the foregoing statements made by me are
true. I am aware that if any of the foregoing statements
made by me are willfully false, I am subject to punishment.

Dated: 12 May 2025

By: *Edward J. Mierzwa*

Edward J. Mierzwa, Plaintiff

RECEIVED
MAY - 9
BERGEN COUNTY
PROSECUTOR'S OFFICE

41a

Angelica sent this to law through
JEDS. I tried to tell him its
criminal.

Rachel

NJ Courts eFiling Deficiency Notice - EF-3356410

From: JEDSDoNotReply.Mailbox@njcourts.gov (jedsdonotreply.mailbox@njcourts.gov)

To: ep_mierzwa@verizon.net

Date: Friday, May 9, 2025 at 02:21 PM EDT

**New Jersey Courts**

The following deficiency notice is being sent from the Civil Division in Bergen County on 05/09/2025 at 02:21:07 PM:

| | |
|---|---|
| Transaction ID: | EF-3356410 |
| Filing type: | Complaint |
| Deficiency notice: | Other-Needs complete Order to Show Cause and Order for Judgment to be filed under deficiency correction within 10 days with an additional filing fee of $50 for the OTSC. |

This email is for notification purposes only and was sent from a notification-only address that cannot accept incoming email. **Please do not reply to this message.**

43a

Judiciary Electronic Document Submission







**CHASE** ◯

Cardmember Services
P.O. Box 15299
Wilmington, DE 19850-5299

Questions?

▢ Chase.com
☎ 1-800-849-3574
📠 1-888-643-9624
We accept operator relay calls

15918 0943 094 000 13325 NNNNNNNNNNNN DEP0003 E
EDWARD MIERZWA
11 BROOK ST
HACKENSACK NJ 07601-1509

May 12, 2025

## Update:    Here's an update on your dispute(s)

Your account ending in 0603

Dear EDWARD MIERZWA:

We appreciate your business and want to keep you updated with the latest information about the charge(s) you disputed.

| Transaction Post Date | Merchant Name | Transaction Amount |
|---|---|---|
| 05/11/2025 | NJ COURTS EPAY | $309.00 |
| 05/11/2025 | NJ COURTS EPAY | $257.50 |

**Here's what you need to know**
- You do not have to pay for any disputed amount(s) while we research the dispute.
- We gave you a temporary credit for the disputed amount(s), including any related interest charge(s). You'll see this credit now at chase.com and on one of your next two billing statements.
- The merchant(s) can provide information supporting the charge(s).

Please save all documentation and receipts related to your dispute(s). This could include:
- Original sales receipt(s), credit receipt(s), proof of return or cancellation, or
- A record of correspondence with the merchant acknowledging the billing error.

The documentation you provide us may greatly influence our ability to resolve the dispute in your favor.

If you have questions, please call us at 1-800-849-3574. We're available Monday through Friday from 9 a.m. to 9 p.m. Eastern Time.

We appreciate your business.

Sincerely,

Customer Service Specialist

If you haven't already done so, you must notify us of potential billing errors in writing at the Customer Service address shown on your billing statement. Please refer to the back of your billing statement for further information on Your Billing Rights, including how the process works.

CLAIM ID:

47a

Judiciary eCourts System – Civil Part

Home    Help    Logout

CASE JACKET

User:Edward Mierzwa

## Docket Number: BER L 003167 - 25

[ Back ]

[ Create Summary Report ]

Case Caption: Mierzwa Edward Vs State Of New Jersey

| | | |
|---|---|---|
| Court: Civil Part | Venue: Bergen | Case Initiation Date: 05/09/2025 |
| Case Type: Summary Action | Case Status: Active | Jury Demand: None |
| Case Track: 1 | Judge: Kevin P Kelly | Team: 2 |
| # of Discovery Days: 150 | Age of Case: 00 YR 00 MO | Consolidated Case: N |
| Original Discovery End Date: | Current Discovery End Date: | # of DED Extensions: 0 |
| Original Arbitration Date: | Current Arbitration Date: | # of Arb Adjournments: 0 |
| Original Trial Date: | Current Trial Date: | # of Trial Date Adjournments: 0 |
| Disposition Date: | Case Disposition: Open | Statewide Lien: |

Plaintiffs (1)    Defendants (1)    ACMS Documents (2)    Fees (2)

| Date Filed | Trans Type | Document Type | Receipt Amount | Pay Type | Payment ID | Trans Number | Payor Last Name |
|---|---|---|---|---|---|---|---|
| 05/09/2025 | FLF | M97 | 50.00 | CT | 115098905 | 7000002 | MIERZWA |
| 05/09/2025 | FLF | C | 250.00 | CT | 115098905 | 2000001 | MIERZWA |

Showing 1 to 2 of 2 entries

Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 05/09/2025 | 📎 ✉ | Verified Complaint for BER-L-003167-25 submitted by EDWARD J MIERZWA, on behalf of EDWARD J MIERZWA against STATE OF NEW JERSEY | LCV2025137994 | 05/13/2025 |

Showing 1 to 1 of 1 entries

Screen ID : ECCV1000    © Copyright NJ Judiciary 2016    BUILD: CivEcourtsXP_2025.02.06_01

## Case Summary

**Case Number:** BER L-003167-25

**Case Caption:** Mierzwa Edward Vs State Of New Jersey

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Bergen | **Case Initiation Date:** 05/09/2025 |
| **Case Type:** Summary Action | **Case Status:** Active | **Jury Demand:** None |
| **Case Track:** 1 | **Judge:** Kevin P Kelly | **Team:** 2 |
| **Original Discovery End Date:** | **Current Discovery End Date:** | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** | **Current Arbitration Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |
| **Disposition Date:** | **Case Disposition:** Open | **Statewide Lien:** |

### Plaintiffs
**Edward J Mierzwa**

| | | |
|---|---|---|
| **Party Description:** | | **Attorney Name:** |
| **Address Line 1:** 11 Brook Street | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** Hackensack   **State:** NJ | **Zip:** 07601-1509 | **Phone:** (201) 463-1857 |
| **Attorney Email:** | | |

### Defendants
**State Of New Jersey**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:**   **State:** NJ | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

### Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 05/09/2025 | Verified Complaint for BER-L-003167-25 submitted by EDWARD J MIERZWA, on behalf of EDWARD J MIERZWA against STATE OF NEW JERSEY | LCV20251379946 | 05/13/2025 |

49a

**This filing is deficient. Read below for more information.**

Other-Needs complete Order to Show Cause and Order for Judgment to be filed under deficiency correction within 10 days with an additional filing fee of $50 for the OTSC.

### Filer information

| Name | Attorney bar/User ID | Address | Phone number |
|---|---|---|---|
| Edward Mierzwa | Edmierzwa | 11 Brook Street , Hackensack, NJ 07601 | 201-342-4840 |

Email address for notifications
ep_mierzwa@Verizon.net
...
...

### Filing details

| Court | Docket/Case type | Venue | Filing type |
|---|---|---|---|
| Civil | L | Bergen | Complaint |
| Filing fee | Case number | Case caption | Filed date |
| $250.00 | ... | ... | 05/09/2025 10:49 AM |
| Transaction ID | | | |
| EF-3356410 | | | |

### Documents

| Document type | Document description | Attachment |
|---|---|---|
| Complaint | Complaint | prnt copy.pdf |
| Case information statement | Case information statement | CIS.pdf |

### Payment information

| Payment type | Transaction fee | Amount paid | Payment transaction ID |
|---|---|---|---|
| Credit card | $7.50 | $257.50 | 115021327 |

50a



**Judiciary eCourts System - Civil Part**

New Jersey Courts

CASE JACKET                                                                                          User: Edward Mierzwa

**Docket Number: BER L 003167 - 25**

[Back]                                                                                    [Create Summary Report]

Case Caption: Mierzwa Edward Vs State Of New Jersey

| | | |
|---|---|---|
| Court: Civil Part | Venue: Bergen | Case Initiation Date: 05/09/2025 |
| Case Type: Summary Action | Case Status: Active | Jury Demand: None |
| Case Track: 1 | Judge: Kevin P Kelly | Team: 2 |
| # of Discovery Days: 150 | Age of Case: 00 YR 00 MO | Consolidated Case: N |
| Original Discovery End Date: | Current Discovery End Date: | # of DED Extensions: 0 |
| Original Arbitration Date: | Current Arbitration Date: | # of Arb Adjournments: 0 |
| Original Trial Date: | Current Trial Date: | # of Trial Date Adjournments: 0 |
| Disposition Date: | Case Disposition: Open | Statewide Lien: |

Plaintiffs (1) | Defendants (1) | AGNS Documents (2) | Fees (2)

> Edward J Mierzwa    (Party No. 1)

**Case Actions**

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 05/09/2025 | | Verified Complaint for BER-L-003167-25 submitted by EDWARD J MIERZWA, on behalf of EDWARD J MIERZWA against STATE OF NEW JERSEY | LCV20251379946 | 05/13/2025 |
| 05/14/2025 | | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20251390683 | 05/14/2025 |

Showing 1 to 2 of 2 entries

Judiciary Electronic Document Submission



**Filer information**

| Name | Attorney bar/User ID | Address | Phone number |
|---|---|---|---|
| Edward Mierzwa | Edmierzwa | 11 Brook Street , Hackensack, Nj 07601 | 201-342-4840 |

Email address for notifications
ep_mierzwa@verizon.net
--
--

**Filing details**

| Court | Docket/Case type | Venue | Filing type |
|---|---|---|---|
| Civil | L | Bergen | Complaint w/ OTSC |
| Filing fee | Case number | Case caption | Filed date |
| $300.00 | -- | -- | 05/09/2025 09:58 PM |
| Transaction ID | | | |
| LF-3358016 | | | |

**Documents**

| Document type | Document description | Attachment |
|---|---|---|
| Complaint w/ OTSC | Complaint w/ OTSC | Verified Complaint and Exhibits.pdf |
| Case information statement | Case information statement | CIS.pdf |
| Proposed order to show cause | Proposed order to show cause | Order to Show Cause updated.pdf |
| Proposed final order | Proposed final order | Order for Judgment.pdf |
| Other | Proof of Service | Proof of Service.pdf |

**Payment information**

| Payment type | Transaction fee | Amount paid | Payment transaction ID |
|---|---|---|---|
| Credit card | $9.00 | $309.00 | 115098905 |

Edward J. Mierzwa · Plaintiff, Pro Se
11 Brook Street · Hackensack, NJ 07601-1509
Tel: (201) 463-1857

SUPERIOR COURT OF NEW JERSEY
VICINAGE OF BERGEN

| | |
|---|---|
| Edward J. Mierzwa, | Docket No. |
| Plaintiff, | |
| *vs.* | Order to Show Cause |
| State of New Jersey, | Civil Action |
| Defendant, | |

*THIS MATTER* being brought before the Court by Plaintiff, Edward J. Mierzwa, appearing pro se, seeking relief by way of summary action pursuant to Rule 4:67-1(a), based upon the facts set forth in the Verified Complaint filed herewith; and having determined that this matter may be commenced by Order to Show Cause as a Summary Proceeding pursuant to Rule 4:67-2 and for good cause shown.

IT IS on this _____ day of _____, 20_____
ORDERED that Defendant, State of New Jersey, appear and
show cause on the _____ day of _____, 20_____
before the Superior Court at the Bergen County Courthouse
in Hackensack, New Jersey at _____ o'clock in the _____
noon or as soon thereafter as counsel can be heard, on the
_____day of _____, 20 __ why judgment should
not be entered for:

(a) that the Office of the Bergen County Prosecutor
directly oversee and be in attendance in a public, non-
governmental setting for the purpose of the meeting of all
parties required to perform the duties required to complete
the HPD Fraud/Identity Theft Report, at a mutually
convenient time and place, all without costs to the
Plaintiff;

(b) promptly reimburse Plaintiff for costs of bringing
this action against the Defendant;

(c) also, the Plaintiff prays for such further or other
relief as the nature of the case may require, and as may
be agreeable to equity and good conscience.

2

And it is further *ORDERED* that:

1. A copy of this Order to Show Cause, Verified Complaint and all supporting affidavits or certifications submitted in support of this application be personally served upon the Defendant, State of New Jersey at the Office of the Bergen County Prosecutor.

   within _____ days of the date hereof, in accordance with <u>Rule</u> 4:4-3 and <u>Rule</u> 4:4-4, this being original process.

2. The Plaintiff must file with the Court his Proof of Service of the Pleadings on the Defendant no later than three (3) days before the return date.

3. Defendant shall file and serve a written answer, an answering affidavit or a motion returnable date to this Order to Show Cause and the relief requested in the Verified Complaint and Proof of Service by _____, 20_____.

3

The original documents must be filed with the Clerk of the Superior Court in the county listed above and a copy of the papers directly to the Chambers of Judge _____.

4. The Plaintiff must file and serve any written reply to the Defendant's Order to Show Cause opposition by _____, 20____. The reply papers must be filed with the Clerk of the Superior Court in the county listed above and a copy of the reply papers must be sent directly to the Chambers of Judge _____.

5. If the Defendant does not file and serve opposition to this Order to Show Cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that the Plaintiff files a Proof of Service and a proposed form of Order at least three days prior to the return date.

6. If the Plaintiff has not already done so, a proposed form of Order addressing the relief sought on the return date (along with a self-addressed return envelope with return address and postage) must be submitted to the Court no later than three (3) days before the return date.

4

7. Defendant take notice that the Plaintiff has filed a lawsuit against you in the Superior Court of New Jersey. The Verified Complaint attached to this Order to Show Cause states the basis of the lawsuit. If you dispute this complaint, you, or your attorney, must file a written answer, an answering affidavit or motion returnable on the return date to the Order to Show Cause and Proof of Service before the return date of the Order to Show Cause.

These documents must be filed with the Clerk of the Superior Court in the county listed above. A directory of these offices is available in the Civil Division Management Office in the county listed above and online at njcourts.gov/forms/10153_deptyclerklawref.pdf Include a $_____ filing fee payable to the "Treasurer State of New Jersey." You must also send a copy of your answer, answering affidavit or motion to the Plaintiff, who is appearing *pro se* in this matter. A telephone call will not protect your rights; you must file and serve your answer, answering affidavit or motion with the fee or judgment may be entered against you by default.

5

8. If you cannot afford an attorney, you may call the Legal Services office in the county in which you live or the Legal Services Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. These documents must be filed with the Clerk of the Superior Court in the county listed above. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at njcourts.gov/forms/10153_deptyclerklawref.pdf

9. The Court will entertain argument, but not testimony, on the return date of the Order to Show Cause, unless the Court and parties are advised to the contrary no later than _____ days before the return date.

_____
                                                          J.S.C.

6

59a

ATLANTIC COUNTY:
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

BERGEN COUNTY:
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

BURLINGTON COUNTY:
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

CAMDEN COUNTY:
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl., Hall of Records
101 S. Fifth St.
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

CAPE MAY COUNTY:
Deputy Clerk of the Superior Court
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

CUMBERLAND COUNTY:
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

ESSEX COUNTY:
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

GLOUCESTER COUNTY:
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street, P.O. Box 129
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

HUDSON COUNTY: Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House– 1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

HUNTERDON COUNTY:
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

MERCER COUNTY:
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

MIDDLESEX COUNTY:
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Sq., P.O. Box 2633
New Brunswick, NJ 08903-2633

MONMOUTH COUNTY:
Deputy Clerk of the Superior Court
Court House
71 Monument Park
P.O. Box 1269
Freehold, NJ 07728-1269

MORRIS COUNTY:
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Pl., P.O. Box 910
Morristown, NJ 07960-0910

OCEAN COUNTY:
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754

PASSAIC COUNTY:
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505

SALEM COUNTY:
Deputy Clerk of the Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079

SOMERSET COUNTY:
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876

SUSSEX COUNTY:
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

UNION COUNTY:
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

WARREN COUNTY:
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

LAWYER REFERRAL
(856) 935-5628
LEGAL SERVICES
(856) 451-0003

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 475-2010

Edward J. Mierzwa · Plaintiff, Pro Se
11 Brook Street · Hackensack, NJ 07601-1509
Tel: (201) 463-1857

S U P E R I O R   C O U R T   O F   N E W   J E R S E Y
V I C I N A G E   O F   B E R G E N

| | |
|---|---|
| Edward J. Mierzwa, | Docket No. |
| Plaintiff, | |
| vs. | Order for Judgment |
| State of New Jersey, | Civil Action |
| Defendant, | |

The Verified Complaint and Order for Show Cause in the above entitled action having been duly served on Monday, 12 May 2025, upon the Defendant, State of New Jersey and for good cause shown by the Plaintiff, Edward J. Mierzwa in this matter.

It is on this day, 12 May 2025, ORDERED, that Judgment be entered in favor of the Plaintiff, Edward J. Mierzwa and against the Defendant, State of New Jersey for the following relief:

(a) that the Office of the Bergen County Prosecutor directly oversee and be in attendance in a public, non-governmental setting for the purpose of the meeting of all parties required to perform the duties required to complete the HPD Fraud/Identity Theft Report, at a mutually convenient time and place, all without costs to the Plaintiff;

(b) promptly reimburse Plaintiff for costs of bringing this action against the Defendant;

(c) also, the Plaintiff prays for such further or other relief as the nature of the case may require, and as may be agreeable to equity and good conscience.

Clerk, Superior Court of New Jersey

    Judgment entered this day, 12 May 2025.

Executed On: 12 May 2025    By:

63a



**DEBORAH KARLSSON, RMC**
**CITY CLERK**

**CITY OF HACKENSACK**
65 Central Avenue
P.O. Box 608
HACKENSACK, N.J. 07602-0608
(201) 646-3940
Fax: (201) 457-1466
www.hackensack.org

CITY COUNCIL

JOHN P. LABROSSE, JR., MAYOR
KATHLEEN CANESTRINO, DEPUTY MAYOR
LEONARDO BATTAGLIA, COUNCILMAN
STEPHANIE VON RUDENBORG, COUNCILWOMAN
GERARD L. CARROLL, COUNCILMAN

9489 0178 9820 3030 3944 72

May 9, 2025

**Via Regular and Certified Mail, Return Receipt Requested**
Edward J. Mierzwa
11 Brook Street
Hackensack, NJ 07601-1509

Dear Claimant:

Your recent communication in which you indicated an intention to assert a claim against the City of Hackensack ("City"), or against an official, employee or department of the City has been received. In accordance with the provisions of the New Jersey Tort Claims Act, effective January 1, 2018 the City, by Ordinance, has adopted an official form to be completed by any individual seeking to assert a claim against the City or against any official, employee or department of the City.

A copy of the Claim Form and instructions are enclosed and includes a form authorizing us to obtain reports with respect to your injury.

Your claim will not be considered as filed and cannot be evaluated until you return the completed form and provide all of the information required.

You should be aware that the New Jersey Tort Claims Act contains limitations on claims against public bodies and established time limits for the filing of those claims.

Notice of the claim against the public body generally must be filed within 90 days after the incident giving rise to the claim. No Notice of Tort Claim may be filed after the 90-day period unless there is an Order from the New Jersey Superior Court allowing the late filing of the Notice of Tort Claim. Such an Order can be granted only within one year from the date of the incident and only where the Court determines that good cause exists to permit the late filing.

Please be guided accordingly.

Very truly yours,

Deborah Karlsson /dd/

DEBORAH KARLSSON, R.M.C.
Hackensack City Clerk

64a



**DEBORAH KARLSSON, RMC**
**CITY CLERK**

CITY OF HACKENSACK
65 Central Avenue
P.O. Box 608
HACKENSACK, N.J. 07602-0608
(201) 646-3940
Fax: (201) 457-1466
www.hackensack.org

CITY COUNCIL

JOHN P. LABROSSE, JR., MAYOR
KATHLEEN CANESTRINO, DEPUTY MAYOR
LEONARDO BATTAGLIA
STEPHANIE VON RUDENBORG
GERARD L. CARROLL

## NOTICE OF TORT CLAIM

GENERAL INSTRUCTIONS:

Pursuant to the provisions of the New Jersey Tort Claims Act, this Notice of Tort Claim form has been adopted as the official form for the filing of claims against the City of Hackensack.

The questions are to be answered to the extent of all information available to the Claimant or to his or her attorneys, agents, servants, and employees, under oath. The fully completed Claim Form and the documents requested shall be returned to:

Hackensack City Clerk's Office
Hackensack City Hall
65 Central Avenue
Hackensack, NJ 07601

NOTE CAREFULLY:  Your claim will not be considered filed as required by the New Jersey Tort Claims Act until this completed form has been filed with the Hackensack City Clerk's Office. **If the tort claim involves an allegation of personal injury, the HIPPA-Compliant Authorization for release of hospital, medical, insurance and pharmacy records must be completed.** Failure to provide the information requested, including such responses as "to be provided" or "under investigation" will result in the claim being treated as not being properly filed.

Timely Notice of Claim must be filed within 90 days after the incident giving rise to the claim.

This form is designed as a general form for use with respect to all claims. Some of the questions may not be applicable to your particular claim. For



DEBORAH KARLSSON, RMC
CITY CLERK

CITY OF HACKENSACK
65 Central Avenue
P.O. Box 608
HACKENSACK, N.J. 07602-0608
(201) 646-3940
Fax: (201) 457-1466
www.hackensack.org

CITY COUNCIL

JOHN P. LABROSSE, JR., MAYOR
KATHLEEN CANESTRINO, DEPUTY MAYOR
LEONARDO BATTAGLIA
STEPHANIE VON RUDENBORG
GERARD L. CARROLL

example, if your claim does not arise out of an automobile accident, questions regarding road conditions might not be applicable. In that event, please indicate "Not Applicable".

If you are unable to answer any question because of a lack of information available to you, specify the reason the information is not available to you. If a question asks that you identify a document, it will be sufficient to furnish true and legible copy. Where a question asks that you "identify all persons," provide the name, address and telephone number of the person.

If you need more space to provide a full answer, attach supplementary pages, identifying the continuation of the answer with the number to the applicable question.

## CLAIM FOR DAMAGES AGAINST THE CITY OF HACKENSACK

1.   Claimant:_____
                    (Last)                    (First)                    (Middle)

      Date of Birth:_____/_____/_____

      Married: (  )  Single: (  )   Spouse's Name:_____

      Street Address:_____     Mailing address
                                                            if other than
      _____          street address

      City:_____   State:_____   ZIP:_____

      Social Security No.:_____-_____-_____

      If notices and correspondence in connection with this claim are to be sent to a person other than claimant, complete question #2.

2.   Name:_____
      Mailing Address:_____
      _____

      City:_____   State:_____   ZIP:_____

      Relationship to claimant:_____

3.   a.   The occurrence or accident which gave rise to this claim occurred on:

          Date:_____   Time:_____

     b.   Describe the location or place of the accident or occurrence:_____
          _____
          _____

          Exact location of the occurrence:_____
          _____
          _____
          _____

c.    Describe how the accident or occurrence happened.  If a diagram will assist your explanation, please use the reverse side of this form.

_____

_____

_____

_____

_____

d.    State the name(s) of the CITY OF HACKENSACK employee(s) whom you claim were at fault, including any information that will assist in identifying and locating them.

_____

_____

_____

_____

e.    State the negligence or wrongful acts of the CITY OF HACKENSACK employee(s) which caused your damages.

_____

_____

_____

_____

f.    State the name and address of all witnesses to the accident or occurrence.

_____

_____

_____

g.    State the name of all police officers and police departments who investigated the accident and provide a copy of the police report.

_____

_____

_____

- 2 -

68a

4.   a.   Claim for Damages (check appropriate block)

      ( )   Personal Injury        ( )   Property Damage

      ( )   Other – Explain in detail: _____

      _____

      _____

   b.   If you claim personal injury:

      (1)   Describe your injuries resulting from the accident or occurrence:

           _____

           _____

           _____

           _____

           _____

      (2)   Do you claim permanent disability resulting from this injury:

           ( )   Yes      ( )   No

      If yes, describe the injuries believed to be permanent.

           _____

           _____

           _____

      For each hospital, doctor or other practitioner rendering treatment, examination or diagnostic services, state:

           _____

           _____

           _____

           _____

           _____

- 3 -

      (3)    If you claim loss of wages or income as a result of the injury, state:

Name of employer:_____

Address:_____

_____

Your occupation:_____

Date employed:_____

Rate of Pay:_____

Date of absence from work:_____

Total lost wages to date:_____

If still out, expected date of return:_____

NOTE: If your claimed loss of income arises from self-employment or other than wages, attach a calculation showing the basis of your calculation of lost income. If self-employed, a copy of your previous year's income tax records must be submitted.

      (4)    Set forth any and all other losses or damages claimed by you.

_____

_____

_____

_____

_____

_____

c.    If you claim property damage:

      (1)    Describe the property damaged:_____

_____

_____

_____

_____

      (2)    The present location and time when the property may be inspected.

_____

_____

(3)   Date property was acquired:_____

(4)   Cost of property: **$**_____

(5)   Value of property at time of the accident: **$**_____

(6)   Description of damage:_____

_____

_____

_____

(7)   Has the damage been repaired?_____

If so, by whom, when and costs of repairs._____

_____

(8)   Attach estimate of repair costs to this form.  Two estimates required if damages exceeds $750.00.

(9)   Attach photographs of damaged property.

(10)  Set forth in detail the monetary loss claimed by you for property damage.

d.   Set forth in detail all other items of loss or damages claimed by you and the method by which you made calculation.

_____

_____

_____

_____

_____

_____

5.   The total amount of your claim._____

6.   Have you made a claim against anyone else for the losses or expenses claimed in this notice?

( )   Yes      ( )   No

If yes, set forth the name and address of all persons and insurance companies against whom you have made such claims:_____

_____

- 5 -

71a

_____

_____

_____

Do you collect benefits from any Municipal, State or Federal Agency? ( ) Yes   ( ) No

If so, what agency._____

7.    Are any of the losses or expenses claimed herein covered by any policy of insurance?

      ( )    Yes          ( )    No

For each such policy, state the name and address of the insurance company, policy number and benefits paid or payable.

_____

_____

_____

8.    Have you received or agreed to receive any money from anyone for the damages claimed herein?      ( )    Yes          ( )    No

If so, set forth the details of such agreement.

_____

_____

_____

_____

9.    The following items must be submitted with this notice:

    (1)    Copies of itemized bills for each medical expense and other losses and expenses claimed.

    (2)    Full copies of all appraisals and estimates of property damages claimed by you.

    (3)    Copies of all written reports of all expert witnesses and treating physicians.

    (4)    A letter from your employer showing your lost wages. If self-employed, a statement showing the calculation of your claimed lost income.

10.    Prior Claims:

Have you ever made a claim before against THE CITY OF HACKENSACK or anyone else?

( )    Yes        ( )    No

If so, list date of accident, location, parties involved, insurance carrier and claim number.

_____

_____

_____

_____

_____

I hereby certify that the foregoing statements made by me are true; that the attached statements, bills, reports and documents are the only ones known to me to be in existence at this time. I am aware that if any statement made herein is willfully false or fraudulent, that I am subject to punishment provided by the law.

Dated: _____        _____
                                                    Claimant or persons filing
                                                    claim on behalf of claimant

(This must be signed by claimant or the parents of claimants who are minors)

- 7 -

73a

**HIPAA COMPLIANT AUTHORIZATION FOR RELEASE OF HOSPITAL, MEDICAL, INSURANCE AND PHARMACY RECORDS PURSUANT TO 45 CFR 164.508**

Plaintiff/Patient's Name: _____

Date of Birth: _____ Social Security No. _____

Plaintiff/Patient's Current Address(es):

_____

_____

TO: [Name of Healthcare Provider, Physician, Facility]

_____

_____

_____

I hereby authorize the designated records custodian of the HIPAA covered individual or entity identified above to disclose all protected health information for review and evaluation in connection with a legal claim. I expressly request that you disclose, make available and furnish to **the attorneys, claims managers, investigators or agents of the City of Hackensack** full and complete copies of all records and reports regarding my medical condition and/or treatment spanning the time period of [date of birth] to the present, including but not limited to all information relating to AIDS and HIV status. This information includes but is not limited to medical records, copies of films (x-rays, photographs, photographic slides or otherwise) pathology slides, diagnostic reports and laboratory testing reports. No originals will be released. No pathology material will be released but you must notify the above attorneys as to the existence of such pathology material.

IF YOUR RECORDS CONTAIN RECORDS OR REPORTS RELATING TO PSYCHIATRIC, PSYCHOLOGICAL OR ANY OTHER MENTAL HEALTH COUNSELING OR TREATMENT, YOU ARE NOT AUTHORIZED AT THIS TIME TO RELEASE THOSE MATERIALS, BUT YOU MUST PROVIDE NOTIFICATION OF THE EXISTENCE OF SUCH MATERIALS TO DEFENSE COUNSEL CHECKED ABOVE AND TO MY ATTORNEY:

Attorney Name: _____

Firm: _____

Address: _____

_____

- 8 -

74a

This protected health information is disclosed for the following purposes: My notice of tort claim filed against the City of Hackensack pursuant to N.J.S.A. § 59:8-1 et seq.

I acknowledge that I have the right to revoke this authorization, in writing, by sending written notification to you at the above-referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to re-disclosure by the recipient and to no longer be protected under 45 CFR 164.508.

I understand that the covered entity to which this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization.

I have the right to inspect or copy the information to be disclosed as provided in 45 CFR 164.524. I have the right to inspect and amend my medical records as provided in 45 CFR 164.526. I have the right to an accounting of the use and disclosure of my health information to any third party as provided in CFR 164.528.

This will further authorize you to provide updated medical records for the undersigned to the above individuals, firms and corporations through the expiration date for this authorization without additional authorization. A facsimile, copy or photocopy of this authorization shall authorize you to release the records herein. This authorization shall be in force and effect until two years from date of execution at which time this authorization expires.

Dated this _____ day of _____, 20_____

_____
Signature of Plaintiff or Personal Representative

_____
Print or Type Name of Plaintiff or Personal Representative

_____
Description of Personal Representative's Authority to Sign
for Plaintiff (attach documents which show authority)

STATE OF NEW JERSEY  :
                     :
COUNTY OF            :

SUBSCRIBED and sworn to before me this _____ day of _____, 20_____ .

_____
Notary Public
My Commission expires:

- 9 -

75a





FROM:

# CITY OF HACKENSACK

65 CENTRAL AVENUE
P.O. BOX 608
HACKENSACK, NJ 07602
DEPARTMENT: CITY CLERK

TO: Edward Mierzwa
11 Brook Street
Hackensack, NJ 07601