UNITED STATES DISTRICT COURT · DISTRICT OF NJ

| | |
|---|---|
| Edward J. Mierzwa, <br><br> Plaintiff, <br><br> vs. <br><br> State of New Jersey, <br> City of Hackensack, <br><br> Defendant(s), | Civil Action No. <br><br> **Order Granting** <br><br> Ex. Parte Application by Plaintiff Seeking Relief Caused by the Intentional Acts of Official Misconduct Committed by Defendant's Superior Court of New Jersey and the City of Hackensack, New Jersey Police Department |

Having considered the Plaintiffs Ex. Parte Application and finding good cause therefore,

IT IS HEREBY ORDERED that the Ex. Parte Application Seeking Relief Caused by the Intentional Acts of Official Misconduct Committed by Defendant's Superior Court of New Jersey and the City of Hackensack, New Jersey Police Department is Granted.



IT IS FURTHER ORDERED that:

- the Office of the Bergen County Prosecutor directly oversee and be in attendance in a public, non-governmental setting for the purpose of the meeting of all parties required to perform the duties required to complete the HPD Fraud/Identity Theft Report, at a mutually convenient time and place, all without costs to the Plaintiff;

- Defendant(s) promptly reimburse Plaintiff for the entire costs of this action;

- reverse the Harassment(s) committed by the City Clerk of Hackensack, New Jersey commencing with the Tort Claim Notice filed by Plaintiff and addressing the inherent systemic bias affecting the governance of the City of Hackensack, New Jersey;

- any further or other relief, as the nature of the case may require, and as may be agreeable to equity and good conscience.

By:

Dated:

U.S.D.J.