AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| EDWARD J. MIERZWA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:25-cv-04620-ES-CF |
| STATE OF NEW JERSEY, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE CITY OF HACKENSACK                                                                          .


Date:     04/01/2026

s/ Leonard E. Seaman
*Attorney's signature*

LEONARD E. SEAMAN
*Printed name and bar number*

The Law Offices of Richard Malagiere, PC
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074

*Address*

les@malagierelaw.com
*E-mail address*

(201) 440-0675
*Telephone number*

(201) 440-1843
*FAX number*