Edward J. Mierzwa · Plaintiff, Pro Se
11 Brook Street · Hackensack, NJ 07601-1509
Telephone: (201) 342-4840      Mobile: (201) 463-1857        e-Mail: ep_mierzwa@verizon.net

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Edward J. Mierzwa, <br><br> Plaintiff, <br> *vs*. <br><br> State of New Jersey, <br> City of Hackensack, <br><br> Defendant(s), | Civil Action No. <br><br> 2:25-cv-04620-ES-CF <br><br><br> Plaintiff's Request for <br> Medical Adjournment |

Monday, 10 August 2026

Plaintiff, Edward J. Mierzwa, respectfully requests a medical adjournment regarding the above captioned matter.

Background – on 18 November 2024, Plaintiff underwent a medical procedure for the repair of inward turning eyelid defect on the **right eye**; CPT Code 67924. During this procedure, the provider performs an extensive repair of an entropion, which is an inward turning of the lower eyelid and eyelashes toward the eye, which can lead to corneal damage, excessive tearing and irritation of the eye. This is an age-related disease.

Presently, symptoms of this condition are now present in the **left eye**, having consulted with attending Ophthalmologist, presently awaiting the 14 August 2026 appointment with the Cosmetic and Reconstructive Eye Plastic Surgeon.

The symptoms of an entropion condition develop gradually, become debilitating, then there's the dreaded wait until the completion of surgery. The waiting period consists of insurance approvals, surgery center and doctor coordination as to scheduling, medical clearance for the patient and pre-operative eye drop regimen. I was seen by Gregory Kramer, MD on Thursday, 23 July 2026, at the Hackensack Eye Center, then Juliana Leapman, MD on Friday, 14 August 2026, at Westfield, NJ office. Tel: (908)789-8999

On Saturday, 08 August 2026, Plaintiff received a Notice of Electronic Filing from the Clerk of the Court regarding a Call for Dismissal, pursuant to L.Civ.Rule 41.1(a) by Movant, Leonard E. Seaman, Esq. who neglected to provide formal notice upon the Plaintiff. A return date of Tuesday, 18 August 2026, is calendared for the hearing.

A Motion to Continue remains pending, filed 23 May 2025. Copies of stamped caption pages are attached. Plaintiff does not have access to a PACER account, as this utility is no longer available to pro se litigants. To date, Plaintiff has not received any communications from the Movant or even a Notice of Appearance. All these factors contribute to an injustice to the Plaintiff suffering from a debilitating vision condition that impacts productivity thus affecting Plaintiff's function as a litigant.

2

Upon the initial filing, Plaintiff established a legitimate cause of action; Defendant(s) did not correct the deficiencies stated within that filing and now seeks to enforce a local rule to dump the case without mandatory noticing. Plaintiff requests the Court for its understanding and discretion in this matter, all for the purpose of granting a medical adjournment and allowing the case to move forward.

Plaintiff dutifully agrees to the Court's decision to proceed without appearances of the parties on the scheduled hearing date; and, if the need for a telephone conference or Zoom session arises, Plaintiff can be contacted via the disclosed information found on the header.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

/s/ Edward J. Mierzwa

Edward J. Mierzwa
Plaintiff, Pro Se

3

Edward J. Mierzwa · Plaintiff, Pro Se
11 Brook Street · Hackensack, NJ 07601-1509
Tel: (201) 342-4840

UNITED STATES DISTRICT COURT · DISTRICT OF NJ

|  |  |  |
|---|---|---|
| Edward J. Mierzwa,<br><br>Plaintiff,<br><br>vs.<br><br>State of New Jersey,<br>City of Hackensack,<br><br>Defendant(s), | | Civil Action No.<br>2:25-cv-04620-ES-CLW<br><br>**Proof of Service** |

I, the undersigned, hand carried the following documents on 23 May 2025: (1) Notice of Motion; (2) Letter Brief; (3) Proof of Service;

to:

Clerk, USDC · District of NJ
50 Walnut Street · Newark, New Jersey 07101

State of New Jersey · Office of the Attorney General
124 Halsey Street · Newark, New Jersey 07101
*included documents in support of Ex. Parte application*

Cleary Giacobbe Alfieri Jacobs, LLC
169 Ramapo Valley Road · Oakland, New Jersey 07436
*via USPS First Class*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By:

Dated: May 23, 2025

Edward J. Mierzwa, Plaintiff

Edward J. Mierzwa · Plaintiff, Pro Se
11 Brook Street · Hackensack, NJ 07601-1509
Tel: (201) 342-4840

UNITED STATES DISTRICT COURT · DISTRICT OF NJ

| | |
|---|---|
| Edward J. Mierzwa,<br><br>      Plaintiff,<br><br>                *vs.*<br><br>State of New Jersey,<br>City of Hackensack,<br><br>      Defendant(s), | Civil Action No.<br><br>**Notice of**<br><br>Motion to Continue |

2025 MAY 27 P 2:01
U.S. DISTRICT COURT DISTRICT OF NEW JERSEY RECEIVED

To: Office of the New Jersey Attorney General
    Cleary Giacobbe Alfieri Jacobs, LLC
    *representing the City of Hackensack, NJ*

Please Take Notice that on 04 August 2025, Movant, Edward J. Mierzwa, being the Plaintiff in the above referenced action, will move before the United States District Judge, to be assigned in this matter, seeking an Order to Continue this Civil Action beyond the disposition of the Ex. Parte Application previously made to the Court, filed 16 May 2025.

This motion is made pursuant to FRCP:
- Rule 19. Required Joinder of Parties
- Rule 20. Permissive Joinder of Parties
- Rule 42. Consolidation; Separate Trials

in support of my motion I will rely on the attached brief.

By:

Dated: 23 May 2025

Edward J. Mierzwa, Plaintiff

Edward J. Mierzwa · Plaintiff, Pro Se
11 Brook Street · Hackensack, NJ 07601-1509
Tel: (201) 342-4840

UNITED STATES DISTRICT COURT · DISTRICT OF NJ

---

| | |
|---|---|
| Edward J. Mierzwa, <br><br> Plaintiff, <br><br>    vs. <br><br> State of New Jersey, <br> City of Hackensack, <br><br>    Defendant(s), | Civil Action No. <br><br> **Letter Brief** <br> in Support of Motion to Continue |

---

This motion is made pursuant to FRCP: ·

- Rule 19. Required Joinder of Parties
- Rule 20. Permissive Joinder of Parties
- Rule 42. Consolidation; Separate Trials

Within the Appendix, filed with the Court on 16 May 2025, is a Tort Claim Notice regarding the City of Hackensack, New Jersey [10a]; said notice references actionable Tort Claims that have been filed in the recent past [18a thru 24a]. It is the intent of the Plaintiff to consolidate all the infringements into one big beautiful civil action.

The interplay between the State of New Jersey, the County of Bergen in New Jersey and the City of Hackensack, New Jersey will be fully elaborated within the pleadings based upon the Tort Claim Notices of: