Edward J. Mierzwa · Plaintiff, Pro Se
11 Brook Street · Hackensack, NJ 07601-1509
Telephone: (201) 342-4840
Mobile: (201) 463-1857
e-Mail: ep_mierzwa@verizon.net

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Edward J. Mierzwa,<br><br>Plaintiff,<br>*vs.*<br><br>State of New Jersey,<br>City of Hackensack,<br><br>Defendant(s), | Civil Action No.<br><br>2:25-cv-04620-ES-CF<br><br>Plaintiff's Letter Brief in Lieu of Status Conference |

Thursday, October 08, 2026

On 07 October 2026, Plaintiff, Edward J. Mierzwa submitted Form-95 [OMB No. 1105-0008], to the USDOJ Civil Tort Claims Intake Unit regarding the above captioned matter. Therefore, a mandatory six month waiting period to file claims has been triggered. For the duration of the interim, action items need to be addressed:

**Case 2:25-cv-04620-ES-CF Document 1 Filed 05/16/25 Page 1 of 4 PageID: 1**

This motion was filed for the purpose of granting an Order from the USDC for reason that the Plaintiff exhausted all possible resources of the State of New Jersey within its judiciary and law enforcement bureaucracies, all to no avail.

The US Department of Justice also failed to intervene, resulting in the filing of the Federal Tort Claim. To the present day, Plaintiff endures a gross injustice, by way of the inaction of the US District Court for the District of New Jersey for the necessitated intervention to mandate a police department, within the Vicinage of Newark, to comply with the required reporting and record keeping in relation to Identity Theft statutes.

Already there is an excess of five hundred (500) days since the application was tendered to the Court; however belated, truly needs to be duly dealt with, in the interest of justice.

Case 2:25-cv-04620-ES-CF Document 10 Filed 09/15/26 Page 1 of 7 PageID: 120 was originally submitted on 27 May 2025 via the lobby dropbox at the federal courthouse in Newark NJ and did not appear on the Docket Sheet until 15 September 2026, upon the resubmission by the Plaintiff via ADS. Plaintiff was unaware of the missed filing until 08 August 2026, upon receiving a Notice of Electronic Filing from the Clerk of the Court regarding a Call for Dismissal, pursuant to L.Civ.Rule 41.1(a). Subsequently, the PACER imbroglio was resolved and monitoring of case activity became possible for the Plaintiff.

Upon the filing of the Complaint, a separate Count will be added that addresses voting improprieties caused by county and state officials during the General Election of 2023. RICO statutes address the common thread of all counts within the Complaint and make provisions for the tolling of time.

A return date of 19 October 2026 is calendared, with matters related to Docket No. 1, 9 & 10 are currently in a state of flux that awaits the filing of the Complaint sometime in the April/May timeframe of 2027.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

/s/ Edward J. Mierzwa

Edward J. Mierzwa
Plaintiff, Pro Se